UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER HAWKINS,
CDCR #CC-0532,

Plaintiff,

vs.

DERRICK WILLIAMS, SAN DIEGO COUNTY, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, SAN DIEGO COUNTY JAIL and DOES 1-10,

Defendants.

Case No.:  25-cv-03183-AJB-BLM

**ORDER DISMISSING FOR FAILURE TO STATE A CLAIM AND FAILURE TO PROSECUTE**

On October 31, 2025, Plaintiff Christopher Hawkins, an inmate at the San Diego Central Jail at the time of the events, proceeding *pro se*, filed this civil action pursuant to 42 U.S.C. § 1983 along with a Motion to Proceed *In Forma Pauperis* ("IFP"). (Doc. Nos. 1–2.) On December 18, 2025, the Court granted IFP and dismissed the Complaint without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2) & 1915A(b) for failure to state a claim. (Doc. No. 3.) Plaintiff was notified of the deficiencies of his pleading and granted leave to amend on or before February 2, 2026. (*Id.* at 9.) Plaintiff was informed that if he failed to timely amend, the Court would dismiss this action for failure to state a claim and failure to

1

prosecute. (*Id*. (quoting *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action.")).) To date, Plaintiff has not filed an amended complaint or otherwise contacted the Court.

Accordingly, the Court **DISMISSES** this action without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1), and for failure to prosecute. The Clerk of Court must enter final judgment accordingly and close the file.

**IT IS SO ORDERED.**

Dated:  March 16, 2026

Hon. Anthony J. Battaglia
United States District Judge

2

25-cv-03183-AJB-BLM